**Electronically Filed
Supreme Court
SCWC-24-0000495
30-DEC-2025
08:10 AM
Dkt. 35 ODAC**

SCWC-24-0000495

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

SAMUEL CARTER,
Petitioner/Plaintiff-Appellant,

vs.

HONOLULU POLICE DEPARTMENT, CITY & COUNTY OF HONOLULU;
CHIEF OF POLICE; WINSTON HALE; JUSTIN GONSALVES;
JORDAN REGO; KENRIC PAI; and FLORAND BLANCO,
Respondents/Defendants-Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-24-0000495; CASE NO. 1CCV-23-0000776)

ORDER REJECTING APPLICATIONS FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, and Ginoza, JJ.,
and Circuit Judge Ashford, in place of Devens, J., recused,
and Circuit Judge Medeiros, assigned by reason of vacancy)

Petitioner's applications for writ of certiorari,

filed on November 14 and December 11, 2025, are hereby rejected.

DATED: Honolulu, Hawai'i, December 30, 2025.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ James H. Ashford

/s/ Dyan M. Medeiros

